BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: GREGORY TODD FRONING
SHANNON LYNN FRONING

Debtor(s)

Case No.: 11-30064-sgj7

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ☑ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

_1-5-2011_
Date

Signature of Attorney (if applicable)

_[signature]_
Signature of Debtor

_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_
Debtor's Social Security *(last four digits only)* /Tax ID No.

_[signature]_
Signature of Joint Debtor (if applicable)

_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_
Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

FILED

JAN 05 2011

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Wells Fargo Bank,NA
3476 Statewide Blvd. MAC X7801-014
Ft. Mill, SC 29715

Comerica Bank
PO Box 1042
Southeastern, PA 19398-1042

Northland Group
PO Box 390846
Minneapolis, MN 55439

Frost Arnett
PO Box 198988
Nashville, TN 37219

Asset Acceptance
PO Box 2036
Warren, MI 48090

JC Penny
PO Box 96001
Orlando, FL 32896

Allstar Orthapedics
400 West LBJ Freeway  330
Irving, TX 75063

Sunrise Credit Services
PO Box 9100
Farmingdale, NY 11735

Healthcare Recovery
1515 190th Street 350
Gardena, CA 90248

Baylor Medical
PO Box 740847
Dallas, TX 75374

United Collection
1026 C Street
Hayward, CA 94541

Credit Union of Texas
8131 LBJ Freeway 400
Dallas, TX 75251

Berlin Wheeler
PO Box 479
Topeka, KS 66601

Zubin Khubchandan
878 South Denton Tap 250
Coppell, TX 75019

Credit Systems International
PO Box 1088
Fort Worth, TX 76112

Protocol Recovery
509 Mercer Avenue
Panama City, FL 32401

Michael Scott
1120 Metrocrest Drive 100
Carrollton, TX 75006

RJM Acquisitions
575 Underhill Blvd. 224
Syossit, NY 11791

MCM Department 12421
PO Box 603
Oaks, PA 19456

National Asset Management
PO Box 840
Moon TWP, PA 15108

Unitrim
6030 Jacksboro Highway
Fort Worth, TX 76135

Transworld
PO Box 1864
Santa Rosa, CA 95402

Ricbenbaikin
15005 Concord Circle
Morgan Hill, CA 95037

Pennco Associates
PO Box 538
Oaks, PA 19456

FIA Card Services
PO Box 15026
Wilmington, DE 19850

Southwest Credit
5910 West Plum Parkway 100
Plano, TX 75093

JNR
1375 South Simoran Blvd. 1347
Winter Park, FL 32792

SRA Associates
401 Minnitonka Road
Hi Nellu, NJ 08083

Paul Worrell
8668 Skillman
Dallas, TX 75243

JC Christensen
PO Box 519
Sauk Rapids, MN 56379

Cardionet
PO Box 7777
Philadelphia, PA 19175

Assetcare
PO Box 15379 Department 17
Wilmington, DE 19850

Professional Recovery
2700 Meridian Parkway 200
Durham, NC 27713

Quest Diagnostics
10101 Renner Blvd.
Leneya, KS 66219

National Recovery
2304 Tarpley Drive 134
Carrollton, TX 75006

Labcorp
PO Box 1235
Elmsford, NY 10523

Red Rock Financial
7251 Amigo Street 100
Las Vegas, NV 89119

Richard Boudreau
5 Industrial Way
Salem, NH 03079

IC Systems
PO Box 64886
Saint Paul, MN 55164

Dallas Baptist University
PO Box 8012
Canoga Park, CA 91309

Allianz Life
PO Box 59060
Minneapolis, MN 55459